MARSHA JONES MOUTRIE, City Attorney
CAROL ANN ROHR, Deputy City Attorney
Bar No. 90012
carol.rohr@smgov.net
1685 Main Street, Room 310
Santa Monica, California 90401
Telephone: (310) 458-8335
Facsimile: (310) 451-5862

Attorneys for Defendants,
CITY OF SANTA MONICA,
OFFICER RUSSELL GRIMMOND, OFFICER LOUIS MARIONI,
OFFICER MICHELLE DIMAS,
and CHIEF OF POLICE, TIMOTHY JACKMAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALAN FEIMAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA MONICA, CHIEF OF POLICE TIMOTHY JACKMAN, individually and as a peace officer, RUSSELL GRIMMOND, individually and as a peace officer; LOUIS MARIONI, individually and as a peace officer; MICHELLE DIMAS, individually, DOES 1-10,<br><br>Defendants. | CASE NO.: CV12-3549 JGB (JCx)<br>Honorable Jesus G. Bernal, Ctrm. 1, Riverside<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER** |

Plaintiff ALAN FEIMAN, and defendants CITY OF SANTA MONICA, OFFICER RUSSELL GRIMMOND, OFFICER LOUIS MARIONI, and JAILER MICHELLE DIMAS, have stipulated and agreed to a STIPULATED PROTECTIVE ORDER now before this Court, pursuant to Fed.R.Civ.P. 26(a)(1) to govern the disclosure of CONFIDENTIAL information described therein, precluding publication and limiting the use of said documents and information which defendants maintain contain confidential and privileged information.

After due consideration of the STIPULTED PROTECTIVE ORDER submitted by the parties, and good cause appearing therefore, the Court rules as follows:

The terms and conditions of the STIPULTED PROTECTIVE ORDER shall govern the disclosure of the information/documents set forth therein.

**IT IS SO ORDERED**

Dated:  May 23, 2013                    _____/s/_____
                                        Honorable Jacqueline Chooljian
                                        UNITED STATES MAGISTRATE JUDGE