1  MARSHA JONES MOUTRIE, City Attorney
   CAROL ANN ROHR, Deputy City Attorney
2  Bar No. 90012
   carol.rohr@smgov.net
3  1685 Main Street, Room 310
   Santa Monica, California 90401
4  Telephone: (310) 458-8335
   Facsimile:  (310) 451-5862
5
   Attorneys for Defendants,
6  CITY OF SANTA MONICA,
   OFFICER RUSSELL GRIMMOND, OFFICER LOUIS MARIONI,
7  OFFICER MICHELLE DIMAS,
   and CHIEF OF POLICE, TIMOTHY JACKMAN
8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11 ALAN FEIMAN,                          CASE NO.: CV12-3549 JGB (JCx)
                                         Honorable Jesus G. Bernal, Ctrm. 1,
12         Plaintiff,                    Riverside

13    v.                                 **ORDER ON SECOND
                                         STIPULATED PROTECTIVE
14 CITY OF SANTA MONICA, CHIEF OF        ORDER**
   POLICE TIMOTHY JACKMAN,
15 individually and as a peace officer,
   RUSSELL GRIMMOND, individually and
16 as a peace officer; LOUIS MARIONI,
   individually and as a peace officer;
17 MICHELLE DIMAS, individually, DOES
   1-10,
18
           Defendants.
19

20

21         Plaintiff ALAN FEIMAN, and defendants CITY OF SANTA MONICA,

22 OFFICER RUSSELL GRIMMOND, OFFICER LOUIS MARIONI, and JAILER

23 MICHELLE DIMAS, have stipulated and agreed to a SECOND STIPULATED

24 PROTECTIVE ORDER now before this Court, pursuant to Fed.R.Civ.P. 26(a)(1) to

25 govern the disclosure of CONFIDENTIAL information described therein, precluding

26 publication and limiting the use of said documents and information which defendants

27 maintain contain confidential and privileged information.

28 ///

                                    1
           **ORDER ON SECOND STIPULATED PROTECTIVE ORDER**

After due consideration of the SECOND STIPULATED PROTECTIVE ORDER submitted by the parties, and good cause appearing therefore, the Court rules as follows:

The terms and conditions of the SECOND STIPULATED PROTECTIVE ORDER shall govern the disclosure of the information/documents set forth therein.

**IT IS SO ORDERED**

Dated:  June 7, 2013

_____/s/_____
Honorable United States Magistrate Judge
JACQUELINE CHOOLJIAN

2