MARSHA JONES MOUTRIE, City Attorney
CAROL ANN ROHR, Deputy City Attorney
Bar No. 90012
carol.rohr@smgov.net
1685 Main Street, Room 310
Santa Monica, California 90401
Telephone: (310) 458-8335
Facsimile:  (310) 451-5862

Attorneys for Defendants,
CITY OF SANTA MONICA,
OFFICER LOUIS MARIONI and
OFFICER MICHELLE DIMAS,

**JS-6**

NOTE CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN FEIMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SANTA MONICA, CHIEF OF POLICE TIMOTHY JACKMAN, individually and as a peace officer, RUSSELL GRIMMOND, individually and as a peace officer; LOUIS MARIONI, individually and as a peace officer; MICHELLE DIMAS, individually, DOES 1-10,<br><br>    Defendants. | CASE NO.: CV12-3549 JGB (JCx)<br>Honorable Jesus G. Bernal, Ctrm. 1, Riverside<br><br>JUDGMENT [~~PROPOSED~~] |

The within matter came on for Jury Trial commencing on November 12, 2013. On November 19, 2013, the Jury unanimously found against plaintiff, ALAN FEIMAN and in favor of the defendants LOUIS MARIONI, MICHELLE DIMAS and CITY OF SANTA MONIA as to all claims asserted by plaintiff.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff, ALAN FEIMAN take nothing by reason of his complaint; that judgment enter in favor of the defendants, LOUIS MARIONI, MICHELLE DIMAS, and CITY OF SANTA MONICA~~; and that said defendants be awarded their~~

JUDGMENT.DOC

1 ~~costs in the amount of $_____~~.

Dated: November 22, 2013

_____
Honorable United States District Judge
JESUS G. BERNAL

Submitted by:

MARSHA JONES MOUTRIE
City Attorney

By: _/s/ Carol Ann Rohr_
CAROL ANN ROHR
Deputy City Attorney

Attorneys for Defendants
CITY OF SANTA MONICA, OFFICER LOUIS MARIONI and OFFICER MICHELLE DIMAS

2

JUDGMENT.DOC